# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TEMPUR WORLD, LLC,**
**TEMPUR-PEDIC, INC,**
**and DAN FOAM APS,**
        **Plaintiff,**

    v.                                    **Case No. 05-C-0386**

**TURNER EXPRESS COMPANY,**
        **Defendant.**

## ORDER

On September 6, 2005 plaintiff and defendant participated in a status conference to address concerns regarding Dave Turner's representation of Turner Express Co. in the Consent Judgment reached between the parties. Turner, a non attorney, is the president of the company. Pursuant to agreement of both parties during the September 6, 2005 telephone conference, the Stipulation for Entry of Consent Judgment and Permanent Injunction will be treated as a settlement, with all terms remaining.

**IT IS ORDERED** that the Stipulation for order of Consent Judgment and Permanent Injunction, filed August 12th, 2005, will be treated as a settlement by this court as well as plaintiffs, Tempur World, LLC, Tempur-Pedic, Inc. and defendant, Turner Express Co. All terms contained in said stipulation are included in the settlement.

**IT IS FURTHER ORDERED** that this court will retain jurisdiction for the sole purpose of enforcing the settlement agreement.

Dated at Milwaukee, Wisconsin this 7 day of September, 2005.

/s_____
LYNN ADELMAN
District Judge